UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRACY BERTOLINO, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SEQUIUM ASSET SOLUTIONS, LLC, )<br>)<br>Defendant. ) | CIVIL ACTION<br>NO. 22-11139-JGD |

## ORDER OF DISMISSAL

DEIN, U.S.M.J.

In accordance with the Court's Memorandum of Decision and Order dated April 18, 2023, allowing the defendant's motion for judgment on the pleadings, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

ROBERT M. FARRELL,
CLERK OF COURT


/ s / Katherine Thomson
By:  Deputy Clerk

DATED:  April 21, 2023